442 A.2d 350

Commonwealth v. LeFevre, Appellant.

Argued June 23, 1981. Peter J. O'Donnell, for appellant; William A. Helm, District Attorney, for Commonwealth, appellee.

Before PRICE, JOHNSON and SHERTZ, JJ.

Judgment of sentence affirmed.

SHERTZ, J., did not participate in the consideration or decision of this case.